United States District Court
Eastern District of New York

1:18-cv-02745

Josh Berger individually and on behalf of all others similarly situated

                   Plaintiff

- against -

Notice of Appearance

Eden Creamery LLC

                   Defendant

PLEASE TAKE NOTICE that the undersigned is admitted or otherwise authorized to practice in this court, appears in the above-referenced action for plaintiff and requests that all notices given or required be served at the updated and current address indicated below, except where otherwise permitted by ECF.

Dated:   May 9, 2018

         Respectfully submitted,

         Sheehan & Associates, P.C.

         /s/Spencer Sheehan
         Spencer Sheehan
         EDNY Bar Number SS-8533
         891 Northern Blvd., Ste. 201
         Great Neck, NY 11021
         Tel:  (516) 303-0552
         Fax: (516) 234-7800
         spencer@spencersheehan.com

1:18-cv-02745
United States District Court
Eastern District of New York

Josh Berger  individually and on behalf of all others similarly situated

Plaintiff

- against -

Eden Creamery LLC

Defendant

## Notice of Appearance

Sheehan & Associates, P.C.
891 Northern Blvd., Ste. 201
Great Neck, NY 11021
Tel:  (516) 303-0552
Fax: (516) 234-7800
spencer@spencersheehan.com

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated:  May 9, 2018

/s/ Spencer Sheehan
Spencer Sheehan