United States District Court
Eastern District of New York

1:18-cv-02745-PKC-RLM

Josh Berger, Houman Khalili, individually and
on behalf of all others similarly situated

                                    Plaintiff

            - against -

Eden Creamery, LLC

                                    Defendant

Notice of Voluntary Dismissal
with Prejudice

 

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiffs hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice.

Dated:   October 10, 2018

Respectfully submitted,

Sheehan & Associates, P.C.

/s/Spencer Sheehan

Spencer Sheehan
EDNY Bar Number SS-8533
891 Northern Blvd., Ste. 201
Great Neck, NY 11021
Tel:  (516) 303-0552
Fax: (516) 234-7800
spencer@spencersheehan.com

1:18-cv-02745-PKC-RLM
United States District Court
Eastern District of New York

Josh Berger, Houman Khalili, individually and on behalf of all others similarly situated

Plaintiff

- against -

Eden Creamery, LLC

Defendant

## Notice of Voluntary Dismissal with Prejudice

Sheehan & Associates, P.C.
891 Northern Blvd., Ste. 201
Great Neck, NY 11021
Tel:  (516) 303-0552
Fax: (516) 234-7800
spencer@spencersheehan.com

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated:  October 10, 2018

/s/ Spencer Sheehan
Spencer Sheehan